## NEWMAN v. FENTERS.

*Wednesday,*
*June 2.*

APPEAL from the *Carroll* Court of Common Pleas.

*Per Curiam.*—In this case, no exception was taken. No question is presented to this Court.

The judgment is affirmed with 1 per cent. damages and costs.

*A. H. Evans*, for the appellant.